IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

**JAMES E. ROSS, #237198**

    **Plaintiff,**

v.                                                Case No.  4:14cv556-MW/CAS

**SOCIAL SECURITY ADMINISTRATION,**

    **Defendant.**

_____/

**ORDER ACCEPTING AND ADOPTING REPORT
AND RECOMMENDATION**

This Court has considered, without hearing, the Magistrate's Report and Recommendation.  ECF No. 7.  Upon consideration, no objection having been filed by Plaintiff,

IT IS ORDERED:

The report and recommendation is **accepted and adopted** as this Court's opinion.

The Clerk shall enter judgment stating, "This case is **DISMISSED without prejudice** for failure to prosecute and failure to comply with an order of the

1

Court."  The Clerk shall close the file.

**SO ORDERED on January 6, 2015.**

<u>**s/Mark E. Walker**</u>
**United States District Judge**
